# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5174
_____

JOHN JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

February 25, 2019


PER CURIAM.

DISMISSED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Johnson, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.